UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| KEVA FLY MOUSSEAUX,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | 5:21-cv-05031-LLP<br><br><br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant, by and through counsel, United States Attorney Alison J. Ramsdell, and Assistant United States Attorney Michaele S. Hofmann, moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and D.S.D. Civ. LR 56.1.

This motion is supported by the Brief in Support of Defendant's Motion for Summary Judgment, Defendant's Statement of Undisputed Material Facts, and Declaration of Michaele S. Hofmann, with attached exhibits.

Dated this 14th day of June, 2023.

ALISON J. RAMSDELL
United States Attorney

  */s/ Michaele S. Hofmann*
Michaele S. Hofmann
Assistant United States Attorney
515 Ninth Street, Suite 201
Rapid City, SD 57701
Phone: (605) 342-7822
Fax: (605) 342-1108
Michaele.Hofmann@usdoj.gov